IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00971-WYD-BNB

PATRICIA A. COFFMAN, as surviving spouse and personal representative, and as administratrix of the estate of David Joseph Coffman, deceased, and as natural guardian and on behalf of David L. Coffman, Sarah K. Coffman, Sydney E, Coffman and Alexander D. Coffman, minors and natural children of David Joseph Coffman, deceased,

    Plaintiff,

v.

CESSNA AIRCRAFT COMPANY, a Kansas corporation;
MARTINAIR, INCORPORATED, a Virginia corporation;
JOHN DOE(S) #1-10, Unknown Persons, Corporations, Partnerships,
Political Subdivisions, or Other Entities Responsible for the Injuries to, and Wrongful Death of Aaron R. Iskowitz, or for the Conduct of the Defendants Named Herein;
GOODRICH CORPORATION, a New York corporation;
THE UNITED STATES OF AMERICA, including its Agency the
FEDERAL AVIATION ADMINISTRATION, and its Agents
RANDY NEU,
BRUCE SIENKO,
JAMES KADRMAS, and
JOHN DOE(S) #11-12, Unknown Air Traffic Controllers Employed by the Federal Aviation Administration, Responsible for the Injuries To, and Wrongful Death of Aaron R. Iskowitz, or for the Conduct of the Defendants Named Herein,,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The United States' Unopposed Motion to Consolidate (filed May 21, 2007) is stricken with leave to refile in the oldest numbered case, Civil Action No. 1:07-cv-00968-REB. See D.C.COLO.LCivR 42.1 (A motion to consolidate shall be decided by the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial.").

    Dated: May 25, 2007