IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 08-CV-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al,

    Defendants.

## ORDER APPROVING STIPULATIONS FOR DISMISSAL

**Blackburn, J.**

This matter is before me on the following: (1) the **Stipulation for Dismissal with Prejudice of Civil Action No. 07-cv-00971-REB-CBS** [#404][1] filed October 8, 2010; and (2) the **Stipulation for Dismissal with Prejudice of Civil Action No. 07-cv-00968-REB-CBS** [#405] filed October 8, 2010. I approve the stipulations.

Currently, these consolidated cases are closed administratively. I conclude that there is good cause to re-open these cases for the purpose of approving the two stipulations and dismissing Civil Action No. 07-cv-00968 and Civil Action No. 07-cv-00971-REB-CBS. I conclude also that the remaining cases in this consolidated action should be closed administratively pending the filing of stipulations for dismissal in those cases.

**THEREFORE, IT IS ORDERED** as follows:

1. That under D.C.COLO.LCivR 41.2, these consolidated cases are **REOPENED**;

---

[1] "[#404]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That the **Stipulation for Dismissal with Prejudice of Civil Action No. 07-cv-00971-REB-CBS** [#404] filed October 8, 2010, is **APPROVED**;

3. That Civil Action No. 07-cv-00971-REB-CBS is **DISMISSED WITH PREJUDICE**;

4. That the **Stipulation for Dismissal with Prejudice of Civil Action No. 07-cv-00968-REB-CBS** [#405] filed October 8, 2010, is **APPROVED**;

5. That Civil Action No. 07-cv-00968-REB-CBS is **DISMISSED WITH PREJUDICE**;

6. That, given the dismissal of Civil Action No. 07-cv-00968 and Civil Action No. 07-cv-00971-REB-CBS, the caption of these consolidated cases is **AMENDED** to appear as shown below:

---

Civil Case No. 08-cv-02437-REB-CBS
(Consolidated with 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

JEAN MASON WIGHTMAN, et al.,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA, DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION,

    Defendant.

---

7. That under D.C.COLO.LCivR 41.2, these consolidated cases are **CLOSED ADMINISTRATIVELY**, subject to reopening for good cause.

Dated October 14, 2010, at Denver, Colorado.

                                               **BY THE COURT:**

                                               */s/ Robert E. Blackburn*
                                               Robert E. Blackburn
                                               United States District Judge